■ Scott Demarest et al., Plaintiffs, v Romolo Pede, Doing Business as Pede Brothers Italian Specialty Foods, et al., Appellants, et al., Defendants, and Glulam Systems, Inc., Defendant and Third-Party Plaintiff. Vito Polsinelli, Third-Party Defendant-Respondent. (And Another Third-Party Action.) [660 NYS2d 1021] —Appeal from an order of the Supreme Court (Lomanto, J.), entered June 20, 1996 in Schenectady County, which granted third-party defendant Vito Polsinelli's motion to set aside that portion of the verdict rendered in favor of defendants Romolo Pede and Rose Pede against Polsinelli.

Order affirmed, upon the opinion of Justice Angelo D. Lomanto.

White, J. P., Casey, Peters, Spain and Carpinello, JJ., concur. Ordered that the order is affirmed, with costs.